**LAW OFFICE OF FRANCISCO LEÓN**
Francisco León
8987 E. Tanque Verde Rd., #309-432
Tucson, Arizona 85749-9610
(520)465-3000
FAX: (520)340-6437
azcrimlaw@gmail.com
Attorney for Borges

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**MEGAN ASHLIE BORGES**,<br>Defendant. | 4:18-cr-01695-JAS-EJM<br><br>**BORGES' UNOPPOSED MOTION TO EXTEND TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION** |

  Defendant Megan Ashlie, by and through her counsel undersigned, moves the Court to issue its order extending the time to file her objections to the Magistrate Judge's Report and Recommendation on her Motion to Suppress Evidence and Statements issued on June 3, 2022 (Doc. 1755) by 30 days.

  This motion is necessary because counsel needs additional time to investigate and research the issues raised and addressed in the 18-page Report and Recommendation by the Magistrate Judge.

Counsel undersigned is currently in a trial and is unable to complete the research and drafting necessary to complete his objections to the Report and Recommendation.

Undersigned counsel is authorized to state the Government, through its counsel Adam Rossi, does not object to this extension.

SUBMITTED this 14th day of June 2022.

**LAW OFFICE OF FRANCISCO LEON**

*s/ Francisco León*

Francisco Leon

**CERTIFICATE OF SERVICE**

_X___   I hereby certify that on June 14, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Hon. James A. Soto
United States District Judge

Hon.  Eric J. Markovich

Adam David Rossi
Erica Seger
Brian Hopkins
Assistant United States Attorneys

_X___   I hereby certify that on June 14, 2022, I served the attached document by U.S. Mail on the following, who is not a registered participant in the ECF system:

Megan Ashlie Borges