# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-01695-006-TUC-JAS (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Megan Ashlie Borges, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation (Doc. 1755) issued by United States Magistrate Judge Markovich that recommends that the Court deny Defendant's Motion to Suppress All Evidence and Statements for Fourth Amendment Violations (Doc. 770). A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Markovich's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Markovich's Report and Recommendation (Doc. 1755) is accepted and adopted.

(2) Defendant's Motion to Suppress All Evidence and Statements for Fourth Amendment Violations (Doc. 770) is DENIED.

Dated this 5th day of July, 2022.

Honorable James A. Soto
United States District Judge